AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Art Assure Ltd, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    14 Civ. 3756 (LGS) |
| Art Memtenum, GMBH, Michael Schulz et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                                                                                      .

Date:      07/22/2014

_____
*Attorney's signature*

Davida S. Scher, 9025
*Printed name and bar number*

c/o Franzino & Scher, LLC
900 Third Avenue, 17th Floor
New York, New York 10022

*Address*

dscher@franzscherlaw.com
*E-mail address*

(212) 230-1140
*Telephone number*

(212) 230-1177
*FAX number*