UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ART ASSURE LTD., LLC,

                     Plaintiff,

          -against-

ARTMENTUM GMBH, et al.,

                    Defendants,
------------------------------------------------------------- X

14 Civ. 3756 (LGS)

<u>SCHEDULING ORDER</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/25/14

LORNA G. SCHOFIELD, District Judge:

      WHEREAS a conference was held before the Court on July 24, 2014, it is hereby

      **ORDERED** that Defendant DZ Privatbank (Schweiz) AG's time to answer the complaint is extended 30 days.

      **ORDERED** for the reasons stated at the conference, all discovery is stayed pending the resolution of Defendants' Motion to Dismiss (Dkt. No. 16).

Dated: July 25, 2014
       New York, New York

                                        LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE