UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ART ASSURE LTD., LLC,

      Plaintiff,

  - against -

ARTMENTUM GMBH, MICHAEL SCHULZ, THOMAS BURKHALTER, ELAINE PIDOUX, INTERNATIONAL CORPORATE ART CONSULTING, KEVIN WYNN, KLAUS MACIEJEWSKI, HANS-BERT MOLL, and DZ PRIVATBANK (SCHWEIZ) AG,

      Defendants.

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

Case No. 14-cv-3756

---

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Art Assure LTD., LLC, by its counsel Franzino & Scher, LLC, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against Defendant DZ PRIVATBANK (Schweiz) AG.

Dated: New York, New York
       August 8, 2014

                            FRANZINO & SCHER, LLC

                            By: _/s/ Frank J. Franzino, Jr._
                            Frank J. Franzino, Jr. (FF 9740)
                            *Attorneys for Plaintiff*
                            900 Third Avenue, 17th Floor
                            New York, New York 10022
                            (212) 230-1140