UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ART ASSURE LTD. LLC,

                    Plaintiff,                    14 Civ. 3756 (LGS)

                  -against-                  NOTICE OF CROSS
                                                                                      MOTION

ARTMENTUM GMBH, MICHAEL SCHULZ,
THOMAS BURKHALTER, ELIANE PIDOUX,
INTERNATIONAL CORPORATE ART
CONSULTING, KEVIN WYNN,
KLAUS MATUSWESKI, HANS-BERT MOLL, and
DZ PRIVATBANK,

                    Defendants.
-----------------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the Affidavit of Asher Edelman, dated August 7, 2014 and the accompanying Memorandum of Law, the undersigned will move this Court before the Honorable Lorna G. Schofield, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York, for an order: (a) granting limited discovery in aid of jurisdiction; (b) staying defendants' motion to dismiss pending the conclusion of such limited discovery in aid of jurisdiction; and for such other and further relief as the Court deems just and proper.

      PLEASE TAKE FURTHER NOTICE that, pursuant to the briefing schedule entered by the Court, defendants' opposition to the plaintiff's cross-motion shall be filed by August 29, 2014 and plaintiff's reply to cross-motion shall be filed by September 12, 2014.

Dated: New York, New York
       August 8, 2014

Respectfully submitted,

*Frank J. Franzino, Jr.*
Frank J. Franzino, Jr. (FF 9740)
FRANZINO & SCHER, LLC
900 Third Avenue, 17th Floor
New York, New York 10022
(212)230-1140
ffranzino@franzscherlaw.com

*Attorneys for Plaintiff*