UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
ART ASSURE LTD., LLC,                                                :
                                                                     :
                Plaintiff,                                :
                                                                     :
                -against-                                :
                                                                     :   14 CV 3756 (LGS)
ARTMENTUM GMBH, MICHAEL SCHULZ, THOMAS                               :
BURKHALTER, ELIANE PIDOUX, INTERNATIONAL                             :
CORPORATE ART CONSULTING, KEVIN WYNN,                                :
KLAUS MACIEJEWSKI, HANS-BERT MOLL, and DZ                            :
PRIVATBANK (SCHWEIZ) AG,                                             :
                                                                     :
                Defendants.                               :
                                                                     :
------------------------------------------------------------------- X

## DECLARATION OF THOMAS BURKHALTER
### IN OPPOSITION TO CROSS MOTION FOR DISCOVERY

I, Thomas Burkhalter, Dr.iur., hereby depose and state under the penalties of perjury pursuant to 28 U.S.C. § 1746:

    1.      I am over eighteen years old, and I make this affidavit based on my personal knowledge.

    2.      On August 9, 2014, I received an e-mail from Asher Edelman, a true and accurate copy of which is attached hereto as Exhibit 1.

    3.      Attached hereto as Exhibit 2 is a true and accurate copy of the current website found at www.artmentum.com, printed on August 27, 2014.

Pursuant to 28 U.S.C. § 1746, I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Zurich/Switzerland under the pains and penalty of perjury this 28 day of August, 2014.

_____
Thomas Burkhalter, Dr.Jur.