UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/2014

-----------------------------------------------------------X
ART ASSURE LTD., LLC,

                Plaintiff,

-against-

ARTMENTUM GMBH, et al.,
                Defendants.
-----------------------------------------------------------X

14 CIVIL 3756 (LGS)

**JUDGMENT**

Defendants having moved to dismiss the Complaint for lack of personal jurisdiction, and the matter having come before the Honorable Lorna G. Schofield, United States District Judge, and the Court, on November 4, 2014, having rendered its Opinion and Order granting Defendants' Motion to Dismiss, denying Plaintiff's Cross-Motion for Discovery in Aid of Jurisdiction and, directing the Clerk of the Court to close the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 4, 2014, Defendants' Motion to Dismiss is granted and, Plaintiff's Cross-Motion for Discovery in Aid of Jurisdiction is denied; accordingly, the case is closed.

**Dated:** New York, New York
          November 5, 2014

                                          RUBY J. KRAJICK
                                            Clerk of Court
                         BY:
                                              Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____